# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LAKEYSHA HOLMES, <br><br>    and <br><br> LAKEYSHA HOLMES, <br><br>         Plaintiffs, <br> vs. <br><br> WIN WIN REAL ESTATE, INC., *et al.,* <br><br>         Defendants. | Case No. 2:13-cv-02149-APG-GWF <br><br> **ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#5) in this matter was filed April 25, 2014. Defendants filed their Answer (#24) on September 1, 2014. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **November 3, 2014** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 23rd day of October, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge