# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LAKEYSHA HOLMES, <br> and <br> LAKEYSHA HOLMES, <br> Plaintiffs, <br> vs. <br> WIN WIN REAL ESTATE, INC., *et al.,* <br> Defendants. | Case No. 2:13-cv-02149-APG-GWF <br><br> **ORDER** |

This matter is before the Court on Defendants' Motion for Exemption from Personal Appearance Requirement (ECF No. 57), filed on August 9, 2016. The Court instructed Plaintiffs to file its Response to Defendants' Motion by August 19, 2016. To date, Plaintiff has not filed a response to Defendants' Motion and the time for opposition has now expired.

A settlement conference is set for September 6, 2016. Defendants Faisal Chaudhry and Sarah Chaudhry request that they be exempted from the settlement conference personal appearance requirement. Defendants represent that Niaz Khalid will be present for Defendant Moonlit Properties, LLC. and will have written settlement authority to enter into binding settlement agreement on behalf of Defendants Faisal Chaudhry and Sarah Chaudhry. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Exemption from Personal Appearance Requirement (ECF No. 57) is **granted**.

**IT IS FURTHER ORDERED** that Defendants Faisal Chaudhry and Sarah Chaudhry shall be available by telephone to be contacted during the settlement conference set for September 6, 2016. Defendants shall certify in writing that their representative has authority to sign a memorandum of

settlement on behalf of Defendants Faisal Chaudhry and Sarah Chaudhry if the parties reach a settlement during the settlement conference.

DATED this 23rd day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge