**JOINTLY FILED**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LAKEYSHA HOLMES, Relatrix, and LAKEYSHA HOLMES,<br><br>    Plaintiffs,<br><br>v.<br><br>WIN WIN REAL ESTATE, INC., a Nevada Corporation; MOONLIT PROPERTIES, LLC, a Nevada Limited Liability Corporation; and FAISAL and SARAH CHAUDHRY,<br><br>    Defendants.<br><br>MOONLIT PROPERTIES, LLC,<br><br>    Counter-Claimant,<br><br>v.<br><br>LAKEYSHA HOLMES,<br><br>    Counter-Defendant. | CASE NO. 2:13-cv-02149-APG-GWF<br><br>**STIPULATION TO EXTEND TIME PENDING MOTION TO WITHDRAW AS COUNSEL** |

1.  On August 30, 2016, the Court ordered parties to file either a Stipulation to Dismiss or a Joint Status Report on or before September 30, 2016 (Dkt. #62).

2.  On September 16, 2016, Counsel for Win Win Real Estate, Inc., Moonlit Properties, LLC, and Faisal and Sarah Chaudhry filed a Motion to Withdraw as Counsel of Record (Dkt. #64).

-1-

3. The parties, by their undersigned attorneys of record, hereby stipulate and request that the Court extend the time to file either a Stipulation to Dismiss or a Joint Status Report pending the outcome of the Motion to Withdraw as Counsel of Record (Dkt. #64).

| | |
|---|---|
| 9/29/2016_____<br>Date | /s/ Ron Sung_____<br>RON SUNG, ESQ.<br>Nevada State Bar No. 13047<br>I. KRISTINE BERGSTROM, ESQ.<br>Nevada State Bar No. 10841<br>Nevada Legal Services, Inc.<br>530 South Sixth Street<br>Las Vegas, Nevada 89101<br>(702) 386-0404 x148<br>Facsimile (702) 388-1641<br>*Attorneys for Lakeysha Holmes* |
| __09/29/2016_____<br>Date | /s/ Benjamin B. Childs _____<br>BENJAMIN CHILDS, ESQ.<br>Nevada Bar No. 3946<br>318 S. Maryland Parkway<br>Las Vegas NV 89101<br>*Attorney for Defendants* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __09/29/2016_____.