# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* LAKEYSHA HOLMES,<br><br>  and<br><br>LAKEYSHA HOLMES,<br><br>                    Plaintiffs,<br>vs.<br><br>WIN WIN REAL ESTATE, INC., *et al.,*<br><br>                    Defendants. | Case No. 2:13-cv-02149-APG-GWF<br><br>**ORDER** |

    This matter is before the Court on Benjamin B. Childs, Esq.'s Motion to Withdraw as counsel of record for Defendant Win Win Real Estate, Inc., Defendant Moonlit Properties, LLC, Defendant Faisal Chaudhry, and Defendant Sarah Chaudhry (ECF No. 64), filed on September 16, 2016. To date, no party has filed an opposition to this motion and the time for response has now expired. The Court finds that counsel has substantially established good cause for the withdrawal. Accordingly,

    **IT IS HEREBY ORDERED** that Benjamin B. Childs, Esq.'s Motion to Withdraw (ECF No. 64) is **granted**. The Clerk of Court shall remove Benjamin B. Childs, Esq. as the attorney of record for Defendant Win Win Real Estate, Inc., Defendant Moonlit Properties, LLC, Defendant Sarah Chaudhry, and Defendant Faisal Chaudhry.

    **IT IS FURTHER ORDERED** that Defendant Win Win Real Estate, Inc. and Defendant Moonlit Properties, LLC must retain new counsel if they intend to continue to litigate this matter. A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Defendants Win Win Real

Estate, Inc. and Moonlit Properties, LLC shall have until **November 7, 2016** to advise the Court if they will retain new counsel.

  **IT IS FURTHER ORDERED** that the Clerk of the Court shall:

  1. Add the last known address of Defendants to the civil docket as follows:

    **Win Win Real Estate, Inc.**
    **8840 S. Maryland Pkwy, #100**
    **Las Vegas, NV 89123**

    **Moonlit Properties, LLC**
    **2573 Little Bear Ct.**
    **Henderson, NV 89052**

    **Faisal Chaudhry**
    **10864 Modol St.**
    **Alta Loma, CA 91701**

    **Sarah Chaudhry**
    **10864 Modol St.**
    **Alta Loma, CA 91701**

  2. Serve Defendants with a copy of this order at their last known addresses listed above.

DATED this 6th day of October, 2016.

            _____
            GEORGE FOLEY, JR.
            United States Magistrate Judge