UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LAKEYSHA HOLMES, Relatrix, and LAKEYSHA HOLMES,<br><br>Plaintiffs,<br><br>v.<br><br>WIN WIN REAL ESTATE, INC., a Nevada Corporation; MOONLIT PROPERTIES, LLC, a Nevada Limited Liability Corporation; FAISAL CHAUDHRY and SARAH CHAUDHRY,<br><br>Defendants. | Case No. 2:13-cv-02149-APG-GWF<br><br>**ORDER SETTING STATUS CONFERENCE** |

On August 29, 2016, the plaintiff Lakeysha Holmes filed a notice that the parties have agreed to a settlement of all claims. ECF No. 61.  I stayed all deadlines and ordered the parties to file a stipulation to dismiss or a status report by September 30. ECF No. 62.  That deadline was extended at the parties' request. ECF No. 66.  Since then, the defendants' counsel withdrew, new counsel was appointed, and the plaintiff alleged that defendant Win Win Real Estate had dissolved.  On December 5, 2016, the court was notified that the settlement had fallen through.  It appears that a status conference would be helpful to discuss whether the case has settled, whether a trial is needed, and timelines for either scenario.

IT IS THEREFORE ORDERED that a status conference will be held **on Monday, December 12, 2016 at 10:00 a.m.** in Las Vegas Courtroom 6C before Judge Andrew P. Gordon.

DATED this 5th day of December, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE