UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LAKEYSHA HOLMES, Relatrix, and LAKEYSHA HOLMES,<br><br>Plaintiffs,<br><br>v.<br><br>WIN WIN REAL ESTATE, INC., a Nevada Corporation; MOONLIT PROPERTIES, LLC, a Nevada Limited Liability Corporation; FAISAL CHAUDHRY and SARAH CHAUDHRY,<br><br>Defendants. | Case No. 2:13-cv-02149-APG-GWF<br><br>**ORDER** |

    Based on the statements from counsel during the December 12, 2016 status conference, I will schedule this matter for a trial and a settlement conference.

    IT IS ORDERED that the trial in this case is set on the stacked trial calendar beginning on Monday, April 24, 2017 at 9:00 a.m. The calendar call will take place on Tuesday, April 18, 2017 at 8:45 a.m. in Las Vegas Courtroom 6C before Judge Andrew P. Gordon.

    IT IS FURTHER ORDERED that the parties shall prepare and submit a proposed joint Pretrial Order as required under Local Rules 16-3(b) and 16-4 by January 26, 2017.

    IT IS FURTHER ORDERED that the parties shall contact Magistrate Judge Foley immediately to schedule a settlement conference.

    DATED this 16th day of December, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE