**JOINTLY FILED**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LAKEYSHA HOLMES, Relatrix, and LAKEYSHA HOLMES,<br><br>Plaintiffs,<br><br>v.<br><br>WIN WIN REAL ESTATE, INC., a Nevada Corporation;<br>MOONLIT PROPERTIES, LLC, a Nevada Limited Liability Corporation; and<br>FAISAL and SARAH CHAUDHRY,<br><br>Defendants. | Case No. 2:13-cv-02149-APG-GWF<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE ALL DEADLINES** |
| MOONLIT PROPERTIES, LLC,<br><br>Counter-Claimant,<br><br>v.<br><br>LAKEYSHA HOLMES,<br><br>Counter-Defendant. | |

LAKEYSHA HOLMES, WIN WIN REAL ESTATE, INC., MOONLIT PROPERTIES, LLC, FAISAL CHAUDHRY and SARAH CHAUDHRY, by and through their respective attorneys, hereby notify the Court that the parties have agreed to settle the above-captioned matter. Counsels for the parties are waiting for the United States Government to consent to and finalize the settlement.

1  Accordingly, the undersigned parties respectfully request that the Court continue all
2  deadlines as set forth in the Order Setting Settlement Conference for February 13, 2017 (Dkt.
3  #76), and the Order setting trial for stacked trial calendar for April 18, 2017 (Dkt. #75), for 30
4  days or as soon thereafter.

5  Respectfully Submitted,

6  DATED this 8th day of February, 2017.    /s/ RON SUNG
                                            RON SUNG, ESQ.
7                                           Nevada State Bar No. 13047
                                            NEVADA LEGAL SERVICES, INC.
8                                           530 South Sixth Street
                                            Las Vegas, Nevada 89101
9                                           (702) 386-0404 x148
                                            Facsimile (702) 388-1641
10                                          rsung@nlslaw.net
                                            *Attorneys for Plaintiff Lakeysha Holmes*
11

12 DATED this 8th day of February, 2017.    /s/ LESTER A. BERMAN
                                            LESTER A. BERMAN, ESQ.
13                                          Nevada Bar No. 0149
                                            LEE A. DRIZIN, CHTD.
14                                          2460 Professional Court, Ste. 110
                                            Las Vegas, NV 89128
15                                          *Attorney for Win Win Real Estates, Inc.*

16
   DATED this 8th day of February, 2017.    /s/ JONATHAN B. LEE
17                                          JONATHAN B. LEE, ESQ.
                                            Nevada Bar No. 13524
18                                          MARQUIS AURBACH COFFING
                                            10001 Park Run Drive
19                                          Las Vegas, NV 89145
                                            *Attorneys Moonlit Properties, LLC, Faisal*
20                                          *Chaudhry and Sarah Chaudhry*

21

22

23

24

**[PROPOSED] ORDER**

Upon consideration of Notice of Settlement and Request to Continue All Deadlines and the entire record herein:

It is ORDERED that the parties have up to and include March 8, 2017, to file a Stipulated Settlement Agreement and Dismissal; and

It is FURTHER ORDERED that all deadlines in the above-captioned case are and hereby continued until further notice from this Court.

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE


Dated: __2/13/2017_____