RON SUNG, ESQ.
Nevada State Bar No. 13047
I. KRISTINE BERGSTROM, ESQ.
Nevada State Bar No. 10841
Nevada Legal Services, Inc.
530 South Sixth Street
Las Vegas, Nevada 89101
(702) 386-0404 x148
Facsimile (702) 388-1641
*Attorneys for Plaintiff Lakeysha Holmes*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. LAKEYSHA HOLMES, Relatrix, ) <br> ) <br> and ) <br> ) <br> LAKEYSHA HOLMES, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WIN WIN REAL ESTATE, INC., a Nevada ) <br> Corporation; ) <br> MOONLIT PROPERTIES, LLC, a Nevada ) <br> Limited Liability Corporation; and ) <br> FAISAL and SARAH CHAUDHRY, ) <br> ) <br> Defendants. ) | Case No.: 2:13-cv-02149-APG-GWF <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT WIN WIN REAL ESTATE, INC.** |

COMES NOW, Plaintiff/Relatrix LAKEYSHA HOLMES and Defendant WIN WIN REAL ESTATE, INC., by and through their counsels of record, stipulate and agree that Defendant WIN WIN REAL ESTATE, INC., shall be dismissed with prejudice as a party to this case per settlement agreement.

Respectfully Submitted,

<u>March 20, 2017</u>                    /s/  RON SUNG
Date                                         RON SUNG, ESQ.
                                                Nevada State Bar No. 13047
                                                I. KRISTINE BERGSTROM, ESQ.
                                                Nevada State Bar No. 10841
                                                Nevada Legal Services, Inc.
                                                530 South Sixth Street

1    Las Vegas, Nevada 89101
     (702) 386-0404 x148
2    *Attorneys for Lakeysha Holmes*

3    <u>March 20, 2017</u>              <u>/s/ LESTER A. BERMAN</u>
     Date                               LESTER A. BERMAN, ESQ.
4                                       Nevada Bar No. 0149
                                        LEE A. DRIZIN, CHTD.
5                                       2460 Professional Court, Ste. 110
                                        Las Vegas, NV 89128
6                                       *Attorney for Win Win Real Estate, Inc.*

7

8

9                           **ORDER**

10        Based on the stipulation of the parties,

11        IT IS HEREBY ORDERED that Defendant WIN WIN REAL ESTATE, INC., shall be

12   dismissed with prejudice as a party in Case No. 2:13-cv-02149-APG-GWF.

13

14                               **IT IS SO ORDERED**

15                               _____
                                 UNITED STATES DISTRICT JUDGE
16

17                               Dated: _____March 22, 2017_____

18

19

20

21

22

23

24

25

26