STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
TROY K. FLAKE
Assistant United States Attorney
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *troy.flake@usdoj.gov*

Attorneys for the United States.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. LAKEYSHA HOLMES, Relatrix, and LAKEYSHA HOLMES, Plaintiffs, v. WIN WIN REAL ESTATE, INC., a Nevada Corporation; MOONLIT PROPERTIES, LLC, a Nevada Limited Liability Corporation; and FAISAL and SARAH CHAUDHRY, Defendants. | Case No.: 2:13-cv-02149-APG-GWF<br><br>**CONSENT JUDGMENENT** |

WHEREAS, Relator Lakeysha Holmes brought certain claims on behalf of the United States against Defendants Moonlit Properties, LLC and Faisal and Sarah Chaudhry (collectively "Defendants");

WHEREAS, the Complaint alleges that Defendants unlawfully and fraudulently collected side payments in addition to payments under the Section 8 Housing Choice Voucher program.;

WHEREAS, the Complaint further alleges that Defendants knew accepting each of these side payments was a violation of the requirements of the Section 8 Housing Choice Voucher Program and therefore false or fraudulent;

WHEREAS, the Complaint further alleges that Defendants' fraudulent conduct was material to the United States' payments pursuant to the Section 8 Housing Choice Voucher Program;

WHEREAS, Defendants do not contest the accuracy of these allegations or any allegations set forth in the Complaint filed in this action,

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** as follows:

1. This court has jurisdiction over this matter under 31 U.S.C. § 3732 and 28 U.S.C. §§ 1331, 1345, and 1355.

2. Defendants acknowledge their liability and agree to the entry of Judgment in favor of Relator and the United States in the amount of $85,000, which represents a fair and reasonable settlement for the conduct, as is more fully set out in the Complaint filed in this action.

3. Defendants agree to notify the United States Attorney's Office within 30 days of any change of address, telephone number, or employment until the judgment debt is paid in full, by providing such information to: United States Attorney's Office, 501 Las Vegas Boulevard South, Suite 1100, Las Vegas, Nevada 89101.

4. The United States will record a judgment lien against Defendants to secure payment of this judgment debt. Without otherwise limiting enforcement of the judgment, the proceeds from the sale of any real estate in which Defendants have an interest may be used to satisfy a portion or all of this judgment debt.

5. Defendants admit and acknowledges their actions, which gave rise to the present dispute between the parties, constitute false pretenses, false representations, and/or fraud that resulted in her obtaining payments from the Section 8 Housing Choice Voucher program to which they were not entitled, and agree and acknowledge that the debt owed to the

United States as set forth herein is non-dischargeable in bankruptcy under 11 U.S.C. § 523.

6. Nothing in this Consent Judgment shall be construed to indicate an agreement by the United States concerning the characterization of the amounts paid hereunder for purposes of any proceeding under the Internal Revenue Code or to waive any claim of the Internal Revenue Service against Defendant.

_____
UNITED STATES DISTRICT JUDGE
Dated: March 29, 2017.

Approved by:

_Jonathan Lee_  3-20, 2017
Jonathan B. Lee
Marquis Aurbach Coffing
*Attorney for Moonlit Properties, LLC
Faisal Chaudhry, and
Sarah Chaudhry*

_signature_  3-20-2017
Ron Sung
Nevada Legal Services
*Attorney for Lakeysha Holmes*

STEVEN W. MYHRE
United States Attorney

_signature_  3-21-2017
TROY K. FLAKE
Assistant United States Attorney
*Attorneys for the United States of America*

3